UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60433-CIV-COHN/SELTZER

TOMJAI ENTERPRISES
CORPORATION,

    Plaintiff,

vs.

HASSANIN BABAR, et al.,

    Defendants.
_____/

**ORDER DENYING DEFENDANTS' MOTION TO SET BRIEFING AND DISCOVERY SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION**

**THIS CAUSE** is before the Court upon Defendants' Motion to Set Briefing and Discovery Schedule on Motion for Preliminary Injunction [DE 25].  The Court has carefully reviewed the motion and is otherwise fully advised in the premises.

Defendants move the Court to allow initial discovery concerning Plaintiff's Motion for Preliminary Injunction [DE 18] and to defer further briefing on that motion until after the proposed discovery is completed.  According to Defendants' motion, Plaintiff does not oppose starting discovery immediately but does object to delaying briefing on its preliminary-injunction motion to await the completion of initial discovery.

The Court finds that Defendants have not shown sufficient cause to defer resolution of Plaintiff's Motion for Preliminary Injunction until after certain discovery is completed.  While Defendants "do not feel it is appropriate to decide the Motion based on affidavits alone" [DE 25 at 2], Defendants offer no specific reason why special discovery is needed to resolve Plaintiff's preliminary-injunction motion.  In that motion,

Plaintiff claims that it is suffering irreparable harm as a result of Defendants' alleged trademark infringement and therefore seeks immediate injunctive relief to prevent further injury. Defendants' proposed delay of the preliminary-injunction proceedings would defeat the expedited nature of the requested relief. Further, Defendants' suggested discovery and briefing schedule would likely disrupt the existing pretrial deadlines in this case [DE 23].

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Defendants' Motion to Set Briefing and Discovery Schedule on Motion for Preliminary Injunction [DE 25] is hereby **DENIED**.

2. Defendants shall respond to Plaintiff's Motion for Preliminary Injunction no later than May 24, 2012.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 16th day of May, 2012.

_____
JAMES I. COHN
United States District Judge

Copies Furnished to:

Counsel of record via CM/ECF